IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


NICHOLAS SAUCIER and
JASON SAUCIER                                           PLAINTIFFS

VS.                        CIVIL ACTION NO. 5:08-cv-151(DCB)(JMR)


BRIDGESTONE/FIRESTONE NORTH
AMERICAN TIRE, L.L.C. f/k/a
BRIDGESTONE/FIRESTONE, INC., et al.                    DEFENDANTS


<u>ORDER</u>

This cause is before the Court on the plaintiffs' Notice of

Dismissal **(docket entry  35)**, to which no objection has been filed

by the defendants.  Accordingly,

IT IS HEREBY ORDERED that defendants Bridgestone Americas

Holding, Inc.; and Bridgestone/Firestone, Inc., are dismissed from

this action without prejudice.

SO ORDERED, this the 15th day of October, 2008.


                              /s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE