IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

NICHOLAS SAUCIER and JASON SAUCIER                    PLAINTIFFS

VERSUS                         CIVIL ACTION NO. 5:08-CV-151-DCB-JMR

BRIDGESTONE/FIRESTONE NORTH AMERICAN
TIRE, L.L.C. f/k/a BRIDGESTONE/FIRESTONE, INC.;
MAZDA MOTOR OF AMERICA, INC.; and
FORD MOTOR COMPANY                                     DEFENDANTS

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

Motions for Partial Summary Judgment filed by Ford Motor Company (Ford) and Mazda Motor of America, Inc. (Mazda) (**Docs. 50, 57**) on the Plaintiffs' breach of warranty claim (First Claim) and Magnuson-Moss Warranty Act claim (Second Claim) are before the Court. The motions raise the statute of limitations as a defense. The Plaintiffs have notified the Court that they do not oppose the motions.

**IT IS, THEREFORE, ORDERED that:**

1. Ford's and Mazda's Motion for Partial Summary Judgment (**Doc. 50**) on the Plaintiffs' breach of warranty claim (First Claim) and Motion for Partial Summary Judgment (**Doc. 57**) on the Magnuson-Moss Warranty Act claim (Second Claim) are granted.

2. Ford and Mazda are granted partial summary judgment on the Plaintiffs' breach of warranty claim (First Claim) and Magnuson-Moss Warranty Act claim (Second Claim) because the claims are barred by the statute of limitations.

3. The Plaintiffs' other claims remain pending.

SO ORDERED, this the   16th   day of    December   , 2008.

                   s/ David Bramlette
                 **UNITED STATES DISTRICT JUDGE**

**Submitted by:**

| | |
|---|---|
| **Wynn E. Clark**<br>**2510 16th Street**<br>**Gulfport, MS  39501**<br>**(228) 575-9996 (Office)**<br>**(228) 575-9030 (Fax)**<br>**Miss. Bar No. 6279**<br>**E-Mail: wynnclark@bellsouth.net** | **Paul V. Cassisa, Jr.**<br>**P. O. Box 1138**<br>**Oxford, MS 38655**<br>**(662) 234-7236 (Office)**<br>**Miss. Bar No. 5921**<br>**E-Mail: cassisa@dixie-net.com** |